IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01279–EWN

GUERRERO MENDEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

## ORDER

---

This matter is before the court on "Motion For Order Approving Stipulation of Award of Attorney Feeds Under the Equal Access to Justice Act," filed November 9, 2005. Upon review and consideration, the court approves the parties' stipulation and hereby awards counsel for Plaintiff attorney fees in the amount of $6,200.00. Accordingly, it is

**ORDERED** that the parties' motion for order to approve stipulation of award of attorney fees (# 26) is **GRANTED**.

Dated this 1st day of December, 2005.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge